UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

 JOSE CRUZ,

                    Plaintiff,                **MEMORANDUM & ORDER**
                                              25-CV-1356 (EK)(RML)
               -against-

 SAMMY GOURMET DELI 3 CORP.,

                    Defendant.

-------------------------------------x

ERIC KOMITEE, United States District Judge:

        The Court has received Magistrate Judge Levy's Report
and Recommendation (R&R) dated March 2, 2026.  ECF No. 11.  The
R&R recommends that plaintiff's motion for default judgment be
granted with respect to the FLSA and NYLL overtime claims and
NYLL wage statement claim and denied with respect to his NYLL
wage notice claim.  It goes on to offer specific recommendations
on damages and interest.

        Neither party has filed objections and the time to do
so has expired.  Accordingly, the Court reviews Judge Levy's
recommendation for clear error on the face of the record.  *See*
Fed. R. Civ. P. 72(b) advisory committee's note to 1983
addition; *accord State Farm Mut. Auto. Ins. Co. v. Grafman*, 968
F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

Having reviewed the record, I find no error and therefore adopt the R&R in its entirety.  Thus, plaintiff's motion is granted in part and denied in part.

The Clerk of Court is respectfully directed to enter judgment and award the following: Plaintiff shall be awarded $71,760 in overtime damages, $71,760 in liquidated damages, and $5,000 in statutory damages, for a total of $148,520; prejudgment interest shall be awarded at a per diem interest rate of $17.69; and postjudgment interest shall be awarded at the rate set forth in 28 U.S.C. § 1961(a).  Plaintiff is granted twenty-eight days' leave to apply for an award of attorney's fees and costs.  The Clerk of Court is respectfully directed to close the case.


SO ORDERED.


_/s/ Eric Komitee_____
ERIC KOMITEE
United States District Judge



Dated:    March 23, 2026
          Brooklyn, New York